# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**KATIA GOMES,**

           **Plaintiff,**

**-vs-**                                                              Case No. 6:06-cv-929-Orl-31KRS

**NATIONWIDE JANITORIAL AND FLOORING SERVICES, INC., and SILZE F. LIMA,**

           **Defendants.**

## ORDER

      This cause comes before the Court on Plaintiff's Motion for Entry of Default Judgment (Doc. No. 14) filed January 25, 2007. On February 13, 2007, the United States Magistrate Judge issued a report (Doc. No. 15) recommending that the motion be granted. No objections have been filed. Therefore, it is **ORDERED** as follows:

      That the Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order. Further, that Plaintiff's Motion for Entry of Default Judgment is **GRANTED** in part and **DENIED** in part. The Clerk is directed to enter default judgment against Defendants Nationwide and Lima on Gomes's FLSA claim for unpaid compensation in the amount of $3,111.60, which includes damages, attorneys' fees and costs, and then to close the file.

      **DONE** and **ORDERED** in Chambers, Orlando, Florida on March 7, 2007.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party